UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. CV 17-5094 AG(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| SECRETARY OF CDCR, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, his failure to comply with the March 30, 2018 Order Dismissing Complaint with Leave to Amend, and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: May 16, 2018

_____

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE